*Burdine & Barco,* for Appellee.

---

W. A. Dutch, Appellant, v. M. D. Carmichael, W. E. Magers, W. R. Lawley, W. L. Halsey and H. Phil Bryan, as City Commissioners, and Karl Riddle, as City Manager of the City of West Palm Beach, Florida, Appellees.

An Appeal from the Circuit Court for the County of Palm Beach.

Appeal dismissed by order of the Court.

*H. L. Bussey,* for Appellant;

*Blackwell, Donnell & McCracken,* for Appellees.